IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA YOUNG | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 17-5702 |
| | : | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | : | |
| | : | |
| Defendant. | : | |

# ORDER

**AND NOW**, this 30th day of September, 2021, upon consideration of Plaintiff's Motion for Partial Summary Judgment (ECF No. 50), Defendant's Response in Opposition and Cross-Motion for Partial Summary Judgment (ECF No. 52), Defendant's Motion for Partial Summary Judgment for Plaintiff's Bad Faith Claims (ECF No. 53), and the parties' respective responses and replies (ECF Nos. 54, 56, 57, 60, 62, 65), **IT IS HEREBY ORDERED AND DECREED** that:

1. Defendant's Motion for Partial Summary Judgment on Plaintiff's Bad Faith Claims (ECF No. 53) is **DENIED**;

2. Plaintiff's Motion for Partial Summary Judgment related to the interpretation of the COLA provision in her disability insurance policy (ECF No. 50) is **DENIED**; and

3. Defendant's Cross-Motion for Partial Summary Judgment as to Plaintiff's COLA claim (ECF No. 52) is **GRANTED**.[1]

BY THE COURT:

/s/ Petrese B. Tucker

**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated September 30th, 2021.